UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES JOSEPH BRUNDAGE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　Respondent. | Case No. C10-5718RJB/JRC<br><br>ORDER DENYING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME AND PETITIONER'S MOTION FOR REPRODUCTION |

The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

Before the court are petitioner's motion for an extension of time to correct petition, if not correct (ECF No. 9); and, petitioner's motion for reproduction of habeas petition (ECF No. 10). As the petition appears to have been filled out correctly (ECF No. 8); and, as petitioner has sent the court two service copies of his petition, both of these motions by the petitioner are moot.

Therefore, the petitioner's motions are DENIED AS MOOT.

Dated this 12th day of November, 2010.

　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1