UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES JOSEPH BRUNDAGE,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>        Respondent. | Case No. C10-5718RJB/JRC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.  Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

Before the court is Respondent's motion for an extension of to file an answer (ECF No. 17).  Petitioner has not opposed the motion.  The motion is GRANTED.  An answer should be filed on or before **February 11, 2011**.  The clerk's office is directed to remove ECF No. 17 from the Court's calendar.

Dated this 26th day of January, 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1