UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES JOSEPH BRUNDAGE,<br><br>    Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | Case No. C10-5718 RJB/JRC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A TRAVERSE |

  The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge Rules MJR3 and MJR4.  Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

  Before the court is petitioner's motion asking for additional time to file a traverse (ECF No. 25.)  The motion is granted.  Petitioner will be given until May 6, 2011, to file a traverse.  The case is re-noted for consideration on May 13, 2011. The clerk of court is directed to re-note this action as ready for review on May 13, 2011.

  Dated this 18th day of April, 2011.

                /s/ J. Richard Creatura
                J. Richard Creatura
                United States Magistrate Judge

ORDER - 1